```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 11173
   JULIE HELENIUS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-1445


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/22/2004 and was confirmed 05/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  40.56% from remaining funds.

     The case was paid in full 10/05/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
RESURGENT ACQUISITION LL  UNSECURED         3585.13            .00        1453.99
ACADEMY COLLECTION SERVI  NOTICE ONLY     NOT FILED            .00             .00
RESURGENT ACQUISITION LL  UNSECURED         9084.98            .00        3684.50
LTD FINANCIAL SERVICES L  NOTICE ONLY     NOT FILED            .00             .00
PROVIDIAN                 UNSECURED       NOT FILED            .00             .00
CHAET & KAPLAN            NOTICE ONLY     NOT FILED            .00             .00
RETAILERS NATIONAL BANK   UNSECURED       NOT FILED            .00             .00
MEYER & NJUS              NOTICE ONLY     NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED OTH    2377.43             .00         964.24
CITIBANK USA NA           FILED LATE        243.09             .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY      1,700.00                       1,700.00
TOM VAUGHN                TRUSTEE                                           441.27
DEBTOR REFUND             REFUND                                             74.41

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             8,318.41

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                              6,102.73
ADMINISTRATIVE                         1,700.00
TRUSTEE COMPENSATION                     441.27
DEBTOR REFUND                             74.41
                   --------------    --------------
TOTALS              8,318.41           8,318.41




               PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 11173 JULIE HELENIUS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 11173 JULIE HELENIUS